The Honorable Judge Frank L. Kurtz

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| IN RE | No.: 10-03131-FLK |
|---|---|
| STEVEN LESLIE SAFFER | CERTIFICATE OF MAILING |
| DEBTOR | |

CERTIFICATE OF MAILING

I hereby certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the Notice of Request for Relief from Stay by Chase Home Finance, LLC, postage pre-paid, regular first class mail on the 10th day of September, 2010, to the parties listed on the attached Exhibit A, which is the mailing matrix retrieved off of the court's website on September 9, 2010.

DATED this 10th day of September, 2010.

/s/ Jessica Harmston
Assistant to Attorney

Certificate of Mailing
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

| Label Matrix for local noticing<br>0980-2<br>Case 10-03131-FLK7<br>EASTERN DISTRICT OF WASHINGTON<br>Spokane/Yakima<br>Thu Sep  9 17:43:14 PDT 2010 | B of A Payment Services<br>1000 Samoset Dr<br>Newark  DE 19713-6000 | Chase Home Loan Finance LLC<br>3415 Vision Dr<br>Columbus OH  43219-6009 |
|---|---|---|
| Citi Cards<br>PO Box 183501<br>Columbus OH  43218-305 | Gesa Credit Union<br>PO Box 500<br>Richland WA  99352-0500 | Great Lakes<br>PO Box 3059<br>Milwaukee WI  53201-3059 |
| Frank L Kurtz | Terry R Nealey<br>Nealey & Marinella<br>338 E Main Street<br>P O Box 7<br>Dayton, WA 99328-0007 | Steven Leslie Saffer<br>233 Rogue River Hwy #211<br>Grants Pass, OR 97527-1600 |
| State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients     0<br>Total                  10 |