**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Frank L. Kurtz
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | No.: 10-03131-FLK |
|---|---|
| Steven Leslie Saffer | ORDER GRANTING RELIEF FROM STAY |
| Debtor. | To Chase Home Finance, LLC |

This matter came before the Court upon Chase Home Finance, LLC's motion for relief from stay. No objection was filed with the court within the time allowed. It appears for the reasons stated in the motion that the stay should be lifted as to the property located at 1736 HILLBROOKE DR, WALLA WALLA, Washington 99362 and legally described as set forth Deed of Trust already on file.

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362 (d), the automatic stay is terminated as to Chase Home Finance, LLC, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the above-described property and/or as to enforcement of the deed of trust that is the subject of Chase Home Finance, LLC's motion.

IT IS FURTHER ORDERED that this order shall be effective immediately, notwithstanding the provisions of F.R.B.P. 4001(a)(3) and shall continue in effect, absent further order of this court, notwithstanding conversion of the present case to a case under any other chapter.

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/Melissa Williams Romeo
Melissa Williams Romeo, WSBA# 4064
Attorneys for Creditor

*Frank L. Kurtz*
Bankruptcy Judge

10/02/2010 09:42:59

Order Granting Relief from Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

10-03131-FLK7    Doc 30    Filed 10/02/10    Entered 10/04/10 16:15:12    Pg 1 of 1